IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JOHN L. ELLIOTT § | |
| § | |
| V. § | CIVIL ACTION NO. G-13-323 |
| § | |
| TRAILER TRANSIT, INC. § | |

**O R D E R**

Before the Court, by referral from the Honorable Gregg Costa, United States District Judge, is the "Motion to Transfer Venue" of Defendant, Trailer Transit, Inc.; the Motion seeks an intra-district transfer of the case to the Houston Division. Plaintiff, John L. Elliott, opposes the Motion.

Elliott resides in Harris County, Texas. The vehicular accident made the basis of this personal injury lawsuit occurred in the City of Pasadena in Harris County, Texas. The accident was investigated by the Pasadena Police. The only presently known witness to the accident lives in Pasadena. Elliott initially received medical care for his injuries at Baytown Hospital in Harris County. The lawyers for both Parties office in Houston. In short, this case has no presently apparent connection, whatsoever, to the Galveston Division.

Under these circumstances, this Court sees no need to author an exhaustive opinion weighing the various private and public interests before concluding that the transfer is proper. Moreover, Judge Costa has recently done so in two comparable cases, Hebert v. Wade, 2013 WL 551037 (Oct. 7, 2013) and Perry v. Autocraft Investments, Inc., 2013 WL 3338580 (July 2, 2013), and ordered their transfers.

It is, therefore, **ORDERED** that "Defendant, Trailer Transit, Inc.'s Motion to Transfer Venue" (Instrument no. 5) is **GRANTED**.

It is further **ORDERED** that the Clerk is **INSTRUCTED** to **TRANSFER** this case to the **Houston Division of the Southern District of Texas** for all further proceedings, **UNLESS**, Elliott files an objection to this Order, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, on or before **January 31, 2014**.

**DONE** at Galveston, Texas, this ___16th___ day of January, 2014.

_____
John R. Froeschner
United States Magistrate Judge